| | | | |
|---|---|---|---|
| State v. Werner | 16–1315 | 06/21/2017 | Convictions Affirmed, Sentences Vacated, and Remanded |
| State v. Smith | 16–1325 | 06/21/2017 | Affirmed |
| Benninghoven v. Hawkeye Hotels, Inc. | 16–1374 | 06/21/2017 | Affirmed |
| Erpelding, In re Marriage of | 16–1419 | 06/21/2017 | Affirmed as Modified and Remanded |
| Duffy, In re Marriage of | 16–1446 | 06/21/2017 | Affirmed as Modified |
| State v. Morgan | 16–1519 | 06/21/2017 | Affirmed |
| State v. Young | 16–1540 | 06/21/2017 | Affirmed |
| State v. Parker | 16–1541 | 06/21/2017 | Sentence Vacated and Remanded for further Proceedings |
| Davis, Matter of Guardianship of | 16–1647 | 06/21/2017 | Affirmed |
| State v. Bell | 16–1681 | 06/21/2017 | Affirmed |
| Gupton, In re Marriage of | 16–1784 | 06/21/2017 | Affirmed |
| Bailey v. Murphy | 16–1835 | 06/21/2017 | Affirmed in part, Reversed in part, and Remanded for further Proceedings |
| Thomas, In re Marriage of | 16–1838 | 06/21/2017 | Affirmed |
| State v. Standlee | 16–1916 | 06/21/2017 | Sentence Affirmed; Writ Sustained |
| State v. Pryor | 16–1982 | 06/21/2017 | Affirmed |
| State v. Birkland | 16–2030 | 06/21/2017 | Affirmed |
| State v. Miller | 16–2105 | 06/21/2017 | Affirmed |
| M.J.W., In Interest of | 17–0149 | 06/21/2017 | Affirmed |
| B.B., In Interest of | 17–0400 | 06/21/2017 | Affirmed |
| K.K., In Interest of | 17–0485 | 06/21/2017 | Affirmed on both Appeals |
| J.O., In Interest of | 17–0486 | 06/21/2017 | Affirmed |
| C.W., In Interest of | 17–0506 | 06/21/2017 | Affirmed |
| P.S., In Interest of | 17–0552 | 06/21/2017 | Affirmed |
| J.R., In Interest of | 17–0556 | 06/21/2017 | Affirmed |
| K.P., In Interest of | 17–0576 | 06/21/2017 | Affirmed |
| A.R., In Interest of | 17–0598 | 06/21/2017 | Affirmed |
| J.J., In Interest of | 17–0603 | 06/21/2017 | Affirmed on both Appeals |
| J.M., In Interest of | 17–0607 | 06/21/2017 | Affirmed |
| E.H., In Interest of | 17–0615 | 06/21/2017 | Affirmed |
| S.T., In Interest of | 17–0643 | 06/21/2017 | Affirmed |
| A.S., In Interest of | 17–0663 | 06/21/2017 | Affirmed |